# EXHIBIT A









